
FILED
CLERK, U.S. DISTRICT COURT
JUN 1 5 2018
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ALBERTO GOMEZ ROMERO,<br><br>Defendant. | Case No. 18-1544M<br><br>ORDER OF DETENTION |

I.

On June 15, 2018, Defendant made his initial appearance on the criminal complaint filed in this matter. Deputy Federal Public Defender ("DFPD") Georgina Wakefield was appointed to represent Defendant. The detention hearing was continued to May 4, 2018 at 11:00 a.m.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)].

The Court has also considered the report and recommendation of the U.S. Pretrial Services Agency, to wit, the Report that was issued at the time of Defendant's initial appearance on May 3, 2018 and the updated report that the Court received prior to the continued hearing that was scheduled to take place on May 4, 2018 at 11:00 a.m.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ unverified background and lack of bail resources and residence
- ☒ Foreign family ties
- ☒ Defendant attempted to evade arrest when confronted

As to danger to the community:

- ☒ Admitted marijuana use
- ☒ Allegations in the pending complaint in which Defendant is charged with entering an airport and aircraft area in violation of security regulations with the intent to evade security procedures and restrictions with the intent to be a stowaway aboard an aircraft.
- ☒ on release in a pending state case

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation

with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: June 15, 2018

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE